### James C. KNOX, Appellant,

v.

Gary KEMPKER, Director, Missouri Department of Corrections, Individually and Officially; Steven D. Long, Assistant Director, Missouri Department of Corrections, Individually and Officially; James Purkett, Superintendent of Farmington Correctional Center, Individually and Officially; Dave Dormire, Warden of Missouri State Penitentiary, Individually and Officially; Scott Lawrence, Assistant Superintendent of Farmington Correctional Center, Individually and Officially; Bryan Goeke, Assistant Division Director, Individually and Officially; Paul Gore, Grievance Officer, Missouri State Penitentiary, Individually and Officially; E. Conley, Regional Medical Director, Correctional Medical Services, Individually and Officially; J. Sulltrop,

1. The Honorable John R. Tunheim, United States District Judge for the District of Minnesota.

Health Services Administrator, Farmington Correctional Center, Individually and Officially, Connie Barton, Nurse, Farmington Correctional Center, Individually and Officially; John Doe, #1, Counselor, Farmington Correctional Center, Individually and Officially; Melissa Sanders, Member, Classification Committee, Farmington Correctional Center, Individually and Officially; Lindell Edmonds, Member, Classification Committee, Farmington Correctional Center, Individually and Officially; Unknown Blair, Plumber, Farmington Correctional Center, Individually and Officially; Bill Bouyer, Chairperson, Classification Committee, Farmington Correctional Center; Unknown Bransetter, Counselor, Missouri State Penitentiary, Individually and in her Official Capacity, Appellees.

No. 07–2760.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 22, 2008.

Filed: Oct. 28, 2008.

Before MELLOY, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Oregon inmate James Knox appeals the district court's [1] dismissal of his civil action regarding his placement in administrative segregation, the conditions there, and other alleged constitutional violations. Reviewing the record de novo and taking all facts alleged in the complaint as true, *see*

*Carter v. Arkansas,* 392 F.3d 965, 968 (8th Cir.2004) (standard of review for Federal Rule of Civil Procedure 12(b)(6) dismissals); *Cooper v. Schriro,* 189 F.3d 781, 783 (8th Cir.1999) (per curiam) (standard of review for 28 U.S.C. § 1915A dismissals), we conclude that the district court properly dismissed the complaint, because the various claims Knox alleged either rely on legal conclusions rather than supporting facts, or simply do not state an actionable wrong, *see Bell Atlantic Corp. v. Twombly,* 550 U.S. 544, 127 S.Ct. 1955, 1964–65, 1969 & nn. 3, 8, 167 L.Ed.2d 929 (2007); *Stone v. Harry,* 364 F.3d 912, 914 (8th Cir.2004); *Martin v. Sargent,* 780 F.2d 1334, 1337 (8th Cir.1985).

Accordingly, we affirm the dismissal, but we modify it to be without prejudice.

---

1. The Honorable Carol E. Jackson, Chief Judge, United States District Court for the Eastern District of Missouri, and the Honorable Mary Ann L. Medler, United States Magistrate Judge for the Eastern District of Missouri, to whom the remainder of the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).